DANIEL J. BRODERICK, Bar #89424
Federal Defender
CARO MARKS, Bar #159267
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
ANA PEREZ-LOPEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. CR.S-11-372-GEB |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | **STIPULATION AND [PROPOSED] ORDER;** |
| v. | ) | **CONTINUING STATUS CONFERENCE** |
| | ) | **AND EXCLUDING TIME** |
| ANA PEREZ-LOPEZ, | ) | |
| | ) | Date: January 27, 2012 |
| Defendant. | ) | Time: 9:00 a.m. |
| _____ | ) | Judge: Hon. Garland E. Burrell Jr. |

   IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, MICHELE BECKWITH, Assistant United States Attorney, attorney for Plaintiff, and CARO MARKS, attorney for ANA PEREZ-LOPEZ, that the status conference hearing date of December 16, 2011 be vacated, and the matter be set for status conference on January 27, 2012 at 9:00 a.m.

   The reason for this continuance is to allow defense counsel time to investigate the highly unusual background of the defendant, including locating witnesses and gathering witness declarations, in order to present the government with sufficient mitigating evidence to justify the defendant's proposed settlement of the case. The defendant's background is extraordinary and the defense needs time to

locate specific witnesses to support this claim. The upcoming holidays will slow down the defense efforts; thus, it requests a continuance until late January. The need for this continuance is also based on the defendant's location two hours away in Nevada City Jail, which can delay attorney-client meetings, as such meetings often take all day.

Based upon the foregoing, the parties agree that the time under the Speedy Trial Act should be excluded from the date of signing of this order through and including January 27, 2012 pursuant to 18 U.S.C. §3161(h)(7)(A)and (B)(iv)[reasonable time to prepare] and Local Code T4 based upon continuity of counsel and defense preparation.

DATED: December 14, 2011.                    Respectfully submitted,

                                             DANIEL J. BRODERICK
                                             Federal Public Defender


                                             /s/ Caro Marks
                                             CARO MARKS
                                             Designated Counsel for Service
                                             Attorney for Ana Perez-Lopez

DATED: December 14, 2011.                    BENJAMIN WAGNER
                                             United States Attorney


                                             /s/ Caro Marks for
                                             MICHELE BECKWITH
                                             Assistant U.S. Attorney
                                             Attorney for Plaintiff


                                    ORDER

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the December 16, 2011, status conference hearing be continued to January 27, 2012, at 9:00 a.m. Based on the

2

1  representation of defense counsel and good cause appearing there from,
2  the Court hereby finds that the failure to grant a continuance in this
3  case would deny defense counsel reasonable time necessary for effective
4  preparation, taking into account the exercise of due diligence.  The
5  Court finds that the ends of justice to be served by granting a
6  continuance outweigh the best interests of the public and the defendant
7  in a speedy trial.  It is ordered that time up to and including the
8  January 27, 2012 status conference shall be excluded from computation
9  of time within which the trial of this matter must be commenced under
10 the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv)
11 and Local Code T-4, to allow defense counsel reasonable time to
12 prepare.

13 Dated:   December 14, 2011

            _____
            GARLAND E. BURRELL, JR.
            United States District Judge