DANIEL J. BRODERICK, Bar #89424
Federal Defender
CARO MARKS, Bar #159267
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
ANA PEREZ-LOPEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. CR.S-11-372-GEB |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | **STIPULATION AND [PROPOSED] ORDER;** |
| v. | ) | **CONTINUING STATUS CONFERENCE** |
| | ) | **AND EXCLUDING TIME** |
| ANA PEREZ-LOPEZ, | ) | |
| | ) | Date: February 24, 2012 |
| Defendant. | ) | Time: 9:00 a.m. |
| _____ | ) | Judge: Hon. Garland E. Burrell Jr. |

   IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, MICHELE BECKWITH, Assistant United States Attorney, attorney for Plaintiff, and CARO MARKS, attorney for ANA PEREZ-LOPEZ, that the status conference hearing date of January 27, 2012 be vacated, and the matter be set for status conference on February 24, 2012 at 9:00 a.m.

      The reason for this continuance is to allow defense counsel time to investigate the highly unusual background of the defendant, including locating witnesses and gathering witness declarations, in order to present the government with sufficient mitigating evidence to justify the defendant's proposed settlement of the case. The defendant's background is extraordinary and the defense needs time to

1  locate specific witnesses to support this claim. The upcoming holidays
2  will slow down the defense efforts; thus, it requests a continuance
3  until late January. The need for this continuance is also based on the
4  defendant's location two hours away in Nevada City Jail, which can
5  delay attorney-client meetings, as such meetings often take all day.
6      Based upon the foregoing, the parties agree that the time under
7  the Speedy Trial Act should be excluded from the date of signing of
8  this order through and including February 24, 2012 pursuant to 18
9  U.S.C. §3161(h)(7)(A)and (B)(iv)[reasonable time to prepare] and Local
10 Code T4 based upon continuity of counsel and defense preparation.

11
12 DATED: January 26, 2012.                    Respectfully submitted,

                                              DANIEL J. BRODERICK
13                                            Federal Public Defender

14

15                                            /s/ Caro Marks
                                              CARO MARKS
16                                            Designated Counsel for Service
                                              Attorney for Ana Perez-Lopez
17

18 DATED: January 26, 2012.                    BENJAMIN WAGNER
                                              United States Attorney
19

20
                                              /s/ Caro Marks for
21                                            MICHELE BECKWITH
                                              Assistant U.S. Attorney
22                                            Attorney for Plaintiff

23

24

25                                ORDER

26    UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is
27 ordered that the January 27, 2012, status conference hearing be
28 continued to February 24, 2012, at 9:00 a.m.  Based on the

representation of defense counsel and good cause appearing there from, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  It is ordered that time up to and including the February 24, 2012 status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4, to allow defense counsel reasonable time to prepare.

Dated:   January 26, 2012

_____
GARLAND E. BURRELL, JR.
United States District Judge